[No. 51164-5-I. Division One. November 17, 2003.]

PACIFIC CAPITAL CORP., *Appellant*, v. RICHARD P. BLUMBERG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-11800-5, Mary Yu, J., entered August 23, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.

[No. 51306-1-I. Division One. November 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA E. FARMER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00472-0, Ellen J. Fair, J., entered October 21, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51581-1-I. Division One. November 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. M.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-03690-4, Michael S. Spearman, J., entered December 6, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51594-2-I. Division One. November 17, 2003.]

STEPHEN SMITH, *Appellant*, v. DUGUALLA COMMUNITY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 02-2-00305-7, Vickie I. Churchill, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Agid and Ellington, JJ.